IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 7 CASE |
| ) | |
| MICHELLE CORD ) | CASE NO. 06-05902 |
| ) | |
| Debtor(s) ) | Hon. JOHN SQUIRES |
| ) | BANKRUPTCY JUDGE |
| ) | |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 23rd day of May, 2006. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate: there are no matters pending or undetermined; claims have been reviewed: and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of November 3, 2008 is as follows:

   a.    RECEIPTS (See Exhibit C)                                                $ 8,359.36

| | | |
|---|---|---:|
| b. | DISBURSEMENTS (See Exhibit C) | $ 7.45 |
| c. | NET CASH available for distribution | $ 8,351.91 |
| d. | ADMINISTRATIVE EXPENSES: | |
| | 1. Trustee compensation requested (See Exhibit E) | $1,585.94 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $1,225.00 |

5. The Bar Date for filing unsecured claims expired on May 23, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $2,810.94 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $7,747.00 |
| e. | Allowed unsecured claims | $239,239.72 |
| f. | Other | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $1,225.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,225.00. (See Exhibit G).

9. A fee of $2,500.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __11/3/08__

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors of the debtor in Wheaton, Illinois (1.0. hours). The Trustee contacted Andrea Schreiber regarding the funds received by her pre-petition (.5 hours) and discussed a repayment plan on numerous occasions (.7 hours). After obtaining court approval, the Trustee deposited the checks received on a monthly basis (.5 hours).

The Trustee reviewed the claims on file (1 hour) and filed an objection to the claim of Citizens Bank (.9 hours).

The Trustee prepared the final report in this case (4.5 hours).

The Trustee anticipates that in the future she will appear in court at the hearing on compensation and reimbursement of expenses (.3 hours). The Trustee will file the final report electronically with the court (.4 hours). The Trustee will close the interest bearing account and open a checking account and issue the final distribution checks (1.0 hours). The Trustee will monitor the bank account until all checks are cashed and, if necessary, deposit uncashed funds with the Clerk of the Court (1 hour). The Trustee will then draft and file the Final Account in this case (.8 hours).

12.6 hours @$325 = $4,095.00

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition | Amount Abandoned |
|---|---|
| See attached Individual Estate Property Record | |
| Property abandoned or to be abandoned: | |
| Real property – debtor claimed exempt and liens exceed value of | $360,000.00 |
| Bank accounts – debtor claimed exempt with value of | $719.00 |
| Household goods – debtor claimed exempt with value of | $750.00 |
| Wearing apparel – debtor claimed exempt with value of | $2,000.00 |
| Insurance policies – no cash surrender value | $0.00 |
| Pensions – debtor claimed exempt with value of | $36,785.19 |
| SB Foods Stock – no value, business closed | $0.00 |
| 2004 Chevy Suburban – liens exceed value of | $16,455.00 |
| 2005 Toyota Scion – debtor claimed exempt | $12,520.00 |
| TOTAL AMOUNT ABANDONED: | $429,229.19 |

Unscheduled Property

    Preference v. The Schreiber Group   $8,340.89
    Post petition interest of $18.47

| | |
|---|---|
| TOTAL RECEIPTS | $8,359.36 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $429,229.19 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $412,774.19 |

EXHIBIT B

FORM 1
ASSET CASES

| Case No | 06-05902 | SQU | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name | CORD, MICHELLE | | | | Date Filed (f) or Converted (c): | 05/23/06 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/06 |
| For Period Ending 11/03/08 | | | | | Claims Bar Date: | 05/23/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 360,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNTS | 719.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 36,785.19 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. INTERST IS SB FOODS STOCK | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 2004 CHEVY SUBURBAN | 16,455.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 TOYOTA SCION | 12,520.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. PREFERENCE COMPLAINT VS ACCOUNTANT (u) | Unknown | 0.00 | | 8,340.89 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.47 | Unknown |
| TOTALS (Excluding Unknown Values) | $429,229.19 | $0.00 | | $8,359.36 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 12/31/08

/s/     BRENDA PORTER HELMS, TRUSTEE
_____   Date: 11/03/08
BRENDA PORTER HELMS, TRUSTEE

# ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.          | 06-05902 -SQU     | Trustee Name:         | BRENDA PORTER HELMS, TRUSTEE           |
|-------------------|-------------------|-----------------------|----------------------------------------|
| Case Name:        | CORD, MICHELLE    | Bank Name:            | BANK OF AMERICA, N.A.                  |
|                   |                   | Account Number / CD #:| ********7268 Money Market - Interest Bearing |
| Taxpayer ID No:   | ********4427      |                       |                                        |
| For Period Ending:| 11/03/05          | Blanket Bond (per case limit): $ 5,000,000.00 |                         |
|                   |                   | Separate Bond (if applicable): |                                 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account Balance |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/07 | 10 | The Schreiber Group Inc. 125 Water Street Suite 1 Naperville IL 60540 | settlement with Schreiber | 1241-000 | 4,170.30 | | 4,170.30 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.50 | | 4,170.80 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.23 | | 4,173.03 |
| 12/10/07 | 10 | Steven and Diana Dacy 3119 Harrison Avenue Brookfield IL 60513 | settlement with Schreiber | 1241-000 | 834.06 | | 5,007.09 |
| 12/21/07 | 10 | Steven & Diana Dacy 3119 Harrison Ave Brookfield IL 60513 | settlement with Schreiber | 1241-000 | 834.06 | | 5,841.15 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.21 | | 5,843.36 |
| 01/23/08 | 10 | Steven and Diana Dacy 3119 Harrison Ave Brookfiled IL 60513 | settlement of preference w/Schreibe | 1241-000 | 834.06 | | 6,677.42 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.34 | | 6,679.76 |
| 02/14/08 | 000101 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 7.45 | 6,672.31 |
| 02/20/08 | 10 | Steven and Diana Dacy 3119 Harrison Avenue Brookfiled IL 60513 | settlement with accountant | 1241-000 | 834.06 | | 7,506.37 |
| 02/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.62 | | 7,507.99 |
| 03/21/08 | 10 | Steven and Diana Dacy 3119 Harrison Ave Brookfield IL 60513 | settlement with accountant | 1241-000 | 834.35 | | 8,342.34 |
| 03/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.81 | | 8,344.15 |
| 04/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.71 | | 8,345.86 |
| 05/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 8,346.92 |
| 06/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.03 | | 8,347.95 |
| 07/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 8,349.01 |
| 08/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.05 | | 8,350.06 |
| 09/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.04 | | 8,351.10 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.81 | | 8,351.91 |

Total Of All Accounts    8,351.91

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE: CHAPTER 7

MICHELLE CORD  CASE NO. 06-05902

Debtor(s).  HON. JOHN SQUIRES

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,810.94 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $5,540.97 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,351.91 |

EXHIBIT D

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $2,810.94 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $1,585.94 | $1,585.94 |
| | Springer Brown Covey Gaertner & Davis Attorney for Trustee Fees | $1,225.00 | $1,225.00 |
| | CLASS TOTALS | $2,810.94 | $2,810.94 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 7,747.00 | 71.52 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000009 | Illinois Department Of Revenue Claims of Governmental Units-507 | $7,747.00 | $5,540.97 |
| | **CLASS TOTALS** | **$7,747.00** | **$5,540.97** |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 239,239.72 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000007 | Chase Bank Usa. N.A. General Unsecured 726 | $3,548.58 | $0.00 |
| 000006 | Cit Small Business Lending Corporation General Unsecured 726 | $215,914.13 | $0.00 |
| 000002 | Discover Bank/Discover Financial Serevices General Unsecured 726 | $9,552.61 | $0.00 |
| 000003 | Mccarthy, Callas, Fuhr & Ellison, P General Unsecured 726 | $720.00 | $0.00 |
| 000004 | Superior Ambulance General Unsecured 726 | $147.83 | $0.00 |
| 000005 | Thomas Proestler Company General Unsecured 726 | $9,356.57 | $0.00 |
| | **CLASS TOTALS** | **$239,239.72** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 8 | IDOR, P.O. Box 19035, Springfield IL 62794 | $10,185.12 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____