IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) NO. 06 B 05902
MICHELLE CORD ) HON. JOHN H. SQUIRES
) BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 4016
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON, IL 60187

   ON: **February 20, 2009**       AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                        $8,359.36

   DISBURSEMENTS                                   $7.45

   NET CASH AVAILABLE FOR DISTRIBUTION   $8,351.91

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,585.94 | $0.00 |
| Springer Brown Covey Gaertner & Davis | $0.00 | $1,225.00 | $0.00 |

5. Illinois Department of Revenue filed a priority claim in the amount of $7,747.00 and will receive a distribution of $5,540.97 or 71% of its allowed claim. No other priority creditors filed claims.

6. General unsecured creditors filed the following claims totaling $239,239.72 and will receive no distribution on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Chase | $3,548.58 | $0.00 |
| CIT Small Business | $215,914.13 | $0.00 |
| Discover Bank | $9,552.61 | $0.00 |
| McCarthy, Callas, et al | $720.00 | $0.00 |
| Superior Ambulance | $147.83 | $0.00 |
| Thomas Proestler & Co | $9,356.57 | $0.00 |

9. No late claims were filed.

10. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor received a discharge.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $360,000.00 |
| Bank accounts | $719.00 |
| Household Goods and Furnishings | $750.00 |
| Wearing Apparel and Jewelry | $2,000.00 |

| | |
|---|---:|
| Interest in Insurance Policies | $0.00 |
| Pension Plans and Profit Sharing | $36,785.19 |
| Interest in SB Foods Stock | $0.00 |
| 2004 Chevy Suburban | $16,455.00 |
| 2005 Toyota Scion | $12,520.00 |

For the Court:

Dated: **January 16, 2009**  **KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Trustee:  Brenda Porter Helms
　　　　　3400 W. Lawrence Avenue
　　　　　Chicago IL 60625
　　　　　(773) 267-7300 ext 268
　　　　　(773) 267-9405 (fax)

## SERVICE LIST

**MICHELLE CORD**
**06 B 5902**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL  60187