IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                           )   NO. 06 B 05902
MICHELLE CORD                    )   HON. JOHN H. SQUIRES
                                 )   BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 4016
       DUPAGE COUNTY COURTHOUSE
       505 NORTH COUNTY FARM ROAD
       WHEATON, IL 60187

   ON: **February 20, 2009**          AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                         $8,359.36

   DISBURSEMENTS                                    $7.45

   NET CASH AVAILABLE FOR DISTRIBUTION   $8,351.91

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,585.94 | $0.00 |
| Springer Brown Covey Gaertner & Davis | $0.00 | $1,225.00 | $0.00 |

5. Illinois Department of Revenue filed a priority claim in the amount of $7,747.00 and will receive a distribution of $5,540.97 or 71% of its allowed claim.  No other priority creditors filed claims.

6. General unsecured creditors filed the following claims totaling $239,239.72 and will receive no distribution on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Chase | $3,548.58 | $0.00 |
| CIT Small Business | $215,914.13 | $0.00 |
| Discover Bank | $9,552.61 | $0.00 |
| McCarthy, Callas, et al | $720.00 | $0.00 |
| Superior Ambulance | $147.83 | $0.00 |
| Thomas Proestler & Co | $9,356.57 | $0.00 |

9. No late claims were filed.

10. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor received a discharge.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $360,000.00 |
| Bank accounts | $719.00 |
| Household Goods and Furnishings | $750.00 |
| Wearing Apparel and Jewelry | $2,000.00 |

| | |
|---|---:|
| Interest in Insurance Policies | $0.00 |
| Pension Plans and Profit Sharing | $36,785.19 |
| Interest in SB Foods Stock | $0.00 |
| 2004 Chevy Suburban | $16,455.00 |
| 2005 Toyota Scion | $12,520.00 |

For the Court:

Dated: **January 16, 2009**    **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 267-7300 ext 268
(773) 267-9405 (fax)

## SERVICE LIST

**MICHELLE CORD**
**06 B 5902**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL  60187

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                   Date Rcvd: Jan 16, 2009
Case: 06-05902                Form ID: pdf002             Total Served: 34


The following entities were served by first class mail on Jan 18, 2009.
db           +Michelle Cord,   507 Naperville Road,    Wheaton, IL 60187-5505
aty          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +Mark J Stauber,   1 N 141 County Farm Road,   Suite 230,   Winfield, IL 60190-2023
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
11726667      Alan D Fey,   2N131 Route 53,   Lombard, IL 60148
10746647     +Bank Of America - Visa,   P.O. Box 1598,   Norfolk, VA 23501-1598
10746652     +CIT Small Business Lending Corporation,   1 CIT Drive,   Livingston, NJ 07039-5703
10746648      Capital One,   P.O. Box 30285,   SLC, UT  84130-0285
10746649      Central DuPage Hospital,   P.O. Box 4698,   Carol Stream, IL  60197-4698
11288196      Chase Bank USA, N.A.,   PO BOX 15145,   Wilmington, DE 19850-5145
10746650      Chase Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
10746651     +Chase.,   P.O. Box 901008,   Fort Worth, TX 76101-2008
10746653     +Citi AAdvantage Card,   P.O. Box 6000,   The Lakes, NV 89163-0001
11083151     +Citizens Auto Finance,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
10746654      Citizens Automobile Finance,   P.O. Box 42115,   Providence, RI  02940-2115
10746645     +Cord Michelle,   507 Naperville Road,   Wheaton, IL 60187-5505
10746655     +Countrywide Home Loans,   P.O. Box 5170,   Simi Valley, CA 93062-5170
10746656     +DeFrees & Fiske,   200 S. Michigan Avenue, #1100,   Chicago, IL 60604-2480
10746658      Grand Dental,   1780 N. Farnsworth Avenue,   Aurora, IL  60505-1576
10819501    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
               100 W. Randolph Street,   Chicago, IL 60601)
11289577      Illinois Department of Revenue,   100% Penalty Unit,   P.O. Box 19035,
               Springfield, IL  62794-9035
10746646     +Mark J Stauber,   1N141 County Farm Road Suite 230,   Winfield, IL 60190-2023
10746659     +McCarthy, Callas, Fuhr & Ellison,   329 Eighteenth Street,   Suite 100,
               Rock Island, IL 61201-8715
11140742     +McCarthy, Callas, Fuhr & Ellison, P.C.,   329-18th Street,   Rock Island, IL 61201-8715
10746660      Northwest Community Hospital,   P.O. Box 95698,   Chicago, IL  60694-5698
10746661     +Randle P. Shoemaker, Esq.,   Regency Centers, L.P.,   121 W. Forsyth Street, #200,
               Jacksonville, FL 32202-3842
10746662     +Schweppe & Sons, Inc.,   376 West North Avenue,   Lombard, IL 60148-1268
10746663     +Spector, Florence,   831 E. Butterfield Road,   Apartment 218,   Wheaton, IL 60189-8682
10746664     +Superior Ambulance,   P.O. Box 1407,   Elmhurst, IL 60126-8407
10746667    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 5855,
               Carol Stream, IL  60197-5855)
10746665     +Thomas Dacy,   507 Napeville Road,   Wheaton, IL 60187-5505
10746666     +Thomas Proestler Company,   C/O Califf & Harper, P.C.,   506 15th Street, #600,
               Moline, IL 61265-2149

The following entities were served by electronic transmission on Jan 17, 2009.
10746657      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2009 03:52:42      Discover Financial Services,
               P.O. Box 15316,   Wilmington, DE  19850
11134728     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2009 03:52:42
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Jan 16, 2009
Case: 06-05902                Form ID: pdf002          Total Served: 34

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                    **Signature:**    *Joseph Speetjens*