# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| CORD, MICHELLE | § § | Case No. 06-05902 SQU |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 429,229.19 | Assets Exempt: 36,785.19 |
| Total Distributions to Claimants: 5,542.21 | Claims Discharged Without Payment: 245,521.29 |
| Total Expenses of Administration: 2,818.39 | |

3) Total gross receipts of $ 8,360.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,360.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 11,647.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,818.39 | 2,818.39 | 2,818.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | 7,747.00 | 7,747.00 | 5,542.21 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 455,801.45 | 239,239.72 | 239,239.72 | 0.00 |
| TOTAL DISBURSEMENTS | $ 467,448.45 | $ 249,805.11 | $ 249,805.11 | $ 8,360.60 |

4) This case was originally filed under chapter 7 on 05/23/2006. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2009          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009) (Page: 2)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE COMPLAINT VS ACCOUNTANT | 1241-000 | 8,340.89 |
| Post-Petition Interest Deposits | 1270-000 | 19.71 |
| **TOTAL GROSS RECEIPTS** | | **$8,360.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase | | 0.00 | NA | NA | 0.00 |
| Citizens Automobile Finance | | 0.00 | NA | NA | 0.00 |
| Countrywide Home Loans | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOYOTA FINANCIAL SERVICES | 4210-000 | 11,647.00 | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $ 11,647.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 1,585.94 | 1,585.94 | 1,585.94 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 7.45 | 7.45 | 7.45 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 1,225.00 | 1,225.00 | 1,225.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,818.39 | $ 2,818.39 | $ 2,818.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 7,747.00 | 7,747.00 | 5,542.21 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ 7,747.00 | $ 7,747.00 | $ 5,542.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northwest Community Hospital | | 6,151.00 | NA | NA | 0.00 |
| Schweppe & Sons, Inc. | | 130.57 | NA | NA | 0.00 |
| BANK OF AMERICA - VISA | 7100-000 | 5,148.51 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | 7100-000 | 860.00 | 0.00 | 0.00 | 0.00 |
| CARD, CITI AADVANTAGE | 7100-000 | 14,651.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | 7100-000 | 1,037.36 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | 7100-000 | 123,259.00 | 3,548.58 | 3,548.58 | 0.00 |
| CIT SMALL BUSINESS LENDING CORPORAT | 7100-000 | 210,000.00 | 215,914.13 | 215,914.13 | 0.00 |
| DEFREES & FISK | 7100-000 | 2,499.46 | 0.00 | 0.00 | 0.00 |
| DENTAL, GRAND | 7100-000 | 633.31 | 0.00 | 0.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | 7,197.00 | 9,552.61 | 9,552.61 | 0.00 |
| MCCARTHY, CALLAS, FUHR & ELLISON, P | 7100-000 | 750.00 | 720.00 | 720.00 | 0.00 |
| SHOEMAKER, ESQ., RANDLE P. | 7100-000 | 42,548.04 | 0.00 | 0.00 | 0.00 |
| SPECTOR, FLORENCE | 7100-000 | 29,000.00 | 0.00 | 0.00 | 0.00 |
| SUPERIOR AMBULANCE | 7100-000 | 141.20 | 147.83 | 147.83 | 0.00 |
| THOMAS PROESTLER COMPANY | 7100-000 | 8,648.00 | 9,356.57 | 9,356.57 | 0.00 |
| VISA, CHASE | 7100-000 | 3,147.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 455,801.45 | $ 239,239.72 | $ 239,239.72 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 06-05902 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CORD, MICHELLE | Date Filed (f) or Converted (c): | 05/23/06 (f) |
| | | 341(a) Meeting Date: | 07/11/06 |
| For Period Ending: 11/18/09 | | Claims Bar Date: | 05/23/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 360,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNTS | 719.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL AND JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 36,785.19 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. INTERST IS SB FOODS STOCK | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 2004 CHEVY SUBURBAN | 16,455.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 TOYOTA SCION | 12,520.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. PREFERENCE COMPLAINT VS ACCOUNTANT (u) | Unknown | 0.00 | | 8,340.89 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.71 | Unknown |
| TOTALS (Excluding Unknown Values) | $429,229.19 | $0.00 | | $8,360.60 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/08

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 11/18/09
BRENDA PORTER HELMS, TRUSTEE

Exhibit 8

PFORM1    Ver: 15.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 06-05902 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CORD, MICHELLE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7268 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4427 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/22/07 | 10 | The Schreiber Group Inc. 125 Water Street Suite 1 Naperville IL 60540 | settlelment with Schreiber | 1241-000 | 4,170.30 | | 4,170.30 |
| 10/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.50 | | 4,170.80 |
| 11/30/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.23 | | 4,173.03 |
| 12/10/07 | 10 | Steven and Diana Dacy 3119 Harrison Avenue Brookfield IL 60513 | settlement with Schreiber | 1241-000 | 834.06 | | 5,007.09 |
| 12/21/07 | 10 | Steven & DIana Dacy 3119 Harrison Ave Brookfield IL 60513 | settlement with Schreiber | 1241-000 | 834.06 | | 5,841.15 |
| 12/31/07 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.21 | | 5,843.36 |
| 01/23/08 | 10 | Steven and Diana Dacy 3119 Harrison Ave Brookfiled IL 60513 | settlement of preference w/Schreibe | 1241-000 | 834.06 | | 6,677.42 |
| 01/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.34 | | 6,679.76 |
| 02/14/08 | 000101 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 7.45 | 6,672.31 |
| 02/20/08 | 10 | Steven and Diana Dacy 3119 Harrison Avenue Brookfiled IL 60513 | settlement with accountant | 1241-000 | 834.06 | | 7,506.37 |
| 02/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.62 | | 7,507.99 |
| 03/21/08 | 10 | Steven and Diana Dacy 3119 Harrison Ave Brookfieild IL 60513 | settlement with accountant | 1241-000 | 834.35 | | 8,342.34 |
| 03/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.81 | | 8,344.15 |
| 04/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.71 | | 8,345.86 |
| 05/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 8,346.92 |
| 06/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.03 | | 8,347.95 |
| 07/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.06 | | 8,349.01 |
| 08/29/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.05 | | 8,350.06 |
| 09/30/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.04 | | 8,351.10 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.81 | | 8,351.91 |
| 11/28/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.68 | | 8,352.59 |
| 12/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.43 | | 8,353.02 |
| 01/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,353.09 |
| 02/25/09 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,353.15 |
| 02/25/09 | | Transfer to Acct #*******7802 | Final Posting Transfer | 9999-000 | | 8,353.15 | 0.00 |

Exhibit 9

PFORM24

Ver: 15.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-05902 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORD, MICHELLE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7802 Checking - Non Interest |
| Taxpayer ID No: | *******4427 | | | |
| For Period Ending: | 11/18/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account CD Balance ($) |
| 02/25/09 | | Transfer from Acct #*******7268 | Transfer In From MMA Account | 9999-000 | 8,353.15 | | 8,353.15 |
| 02/25/09 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 1,585.94 | 6,767.21 |
| 02/25/09 | 001002 | Springer Brown Covey Gaertner & Davis | ATTORNEYS FEES | 3210-000 | | 1,225.00 | 5,542.21 |
| 02/25/09 | 001003 | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | final distribution | 5800-000 | | 5,542.21 | 0.00 |

Total Of All Accounts    0.00

PFORM24                                                                 Ver: 15.02